**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br><br>Joseph Benjamin Taplin<br><br>Debtor(s) | CASE NO. 18-66451-pmb<br><br>CHAPTER 13 |
| Joseph Benjamin Taplin<br><br>    Appellant<br><br>v.<br>Wilmington Savings Fund Society, FSB D/B/A Christina Trust, not in its individual capacity but solely as the Trustee for the Brougham Fund Trust Melissa J Davey-Trustee, Bernadette Taplin-Co-Debtor<br><br>    Defendant/Respondent / Appellant/Appellee | |

## NOTICE TO APPELLANT AND APPELLEE

RE:  NOTICE OF APPEAL FILED ON January 2, 2018

NOTICE IS GIVEN that the Appellant shall, within 14 days of January 2, 2018 the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee (include the corresponding docket number for each pleading listed);

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

NOTICE IS FURTHER GIVEN that within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.  Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (*See* Rule 8009 of the Federal Rules of Bankruptcy Procedure.)

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record.  Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number.  Include only an individual's year of birth or the initials of a minor child** (*See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.)

M. REGINA THOMAS, CLERK

By: /s/ _____
    Yahaira Lugo, Deputy Clerk