# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Joseph Benjamin Taplin<br><br>Debtor(s) | CASE NO. 18-66451-pmb<br><br>CHAPTER 13 |
| Joseph Benjamin Taplin<br><br>    Appellant<br><br>v.<br>Wilmington Savings Fund Society, FSB D/B/A Christina Trust, not in its individual capacity but solely as the Trustee for the Brougham Fund Trust Melissa J Davey-Trustee, Bernadette Taplin-Co-Debtor<br><br>    Defendant/Respondent / Appellant/Appellee | |

## NOTICE TO APPELLANT AND APPELLEE

RE:  NOTICE OF APPEAL FILED ON January 2, 2018

NOTICE IS GIVEN that the Appellant shall, within 14 days of January 2, 2018 the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee (include the corresponding docket number for each pleading listed);

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

NOTICE IS FURTHER GIVEN that within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.  Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (*See* Rule 8009 of the Federal Rules of Bankruptcy Procedure.)

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record.  Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number.  Include only an individual's year of birth or the initials of a minor child** (*See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.)

M. REGINA THOMAS, CLERK

By: /s/ _____
    Yahaira Lugo, Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
2019 JAN -2 PM 4:19
M. REGINA THOMAS
CLERK

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOSEPH BENJAMIN TAPLIN | |
| | CASE NO.:18-66451- |
| Debtor. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND TRUST, | |
| Movant, | |
| JOSEPH BENJAMIN TAPLIN | |
| BERNADETTE TAPLIN, Co-Debtor | |
| MELISSA J. DAVEY | |
| Trustee, Respondents. | |

## DEBTOR'S NOTICE OF APPEAL

COMES NOW the Debtor, Joseph Benjamin Taplin Pro Se, and files this, His Notice of Appeal, and appeals to the United States District Court for the Northern District of Georgia, Atlanta Division, the ruling and Judgment of this Court entered on the 18th day of December, 2018. The nature of the Order being Appealed is an Order Granting Movant Wilmington Savings Fund Society FSB's Motion for Relief from the Automatic Stay of 11 U.S.C. Section 362.

Dated this 31 day of December, 2018.

1

_____
Joseph Benjamin Taplin, Debtor, Pro Se

405 Shadetree Lane
Lawrenceville, GA 3044

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| JOSEPH BENJAMIN TAPLIN ) | |
| ) | CASE NO.:18-66451- |
| ) | |
| Debtor. ) | |
| WILMINGTON SAVINGS FUND SOCIETY, ) | |
| FSB D/B/A CHRISTIANA TRUST, NOT IN ) | |
| ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS THE TRUSTERE FOR THE ) | |
| BROUGHAM FUND TRUST, ) | |
| Movant, ) | |
| JOSEPH BENJAMIN TAPLIN ) | |
| BERNADETTE TAPLIN, Co-Debtor ) | |
| MELISSA J. DAVEY ) | |
| Trustee, Respondents. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US mail, postage prepaid to the following: all creditors on Debtor's Creditor Matrix List.

This 30 day of November, 2018.
December

Joseph Benjamin Taplin, Debtor *Pro Se*
405 Shadetree Lane
Lawrenceville, GA 30044

3