# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: | |
| | ) Chapter 13 |
| JOSEPH BENJAMIN TAPLIN | ) |
| | ) Bk Case No.:18-66451-PMB |
| Debtor. | ) |
| | ) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR BROUGHAM FUND TRUST, | ) District Court Appeal No.: 1:19-CV-00052-WMR |
| | ) Contested Matter |
| Movant, | ) |
| v. | ) |
| JOSEPH BENJAMIN TAPLIN BERNADETTE TAPLIN, Co-Debtor, | ) |
| Debtors, | ) |
| DENISE DOTSON, Trustee, | ) |
| Respondent. | ) |

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

1

_____
JOSEPH BENJAMIN TAPLIN, Appellant Pro Se

405 Shadetree Lane
Lawrenceville, GA 30044

## APPELLANT'S MOTION AND APPLICATION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF

COMES NOW the Appellant Pro Se, Joseph Benjamin Taplin and moves This Honorable Court for an extension of time to file his initial Brief in this matter And files this, his application for said extension or enlargement of time for good Cause shown, and as grounds therefore would state as follows:

1. Appellant filed his timely Notice of Appeal in this matter and the Case Is presently on appeal before The United States District Court for the Northern District of Georgia before this Honorable Court.

2. Appellant has filed a Motion for a Stay Pending Appeal or alternatively For a Temporary Restraining Order/Preliminary Injunction to Stay the effective Date of the Bankruptcy Court's Order Lifting and modifying the automatic stay in this case. The District Court has not yet ruled upon or entered an Order on Appellant's Motion for a Stay Pending Appeal. Appellant should not be required to file his Initial Brief in this Appeal until the District Court has had the opportunity to rule on Appellant's Motion for a Stay Pending Appeal.

3. Appellant has filed a Designation of Record on Appeal requested that the Entire Record on Appeal Be transmitted to the Appellate Court and that the Clerk Omit nothing from the Record. Appellant has not received notification from the Clerk that the Record has in fact been transmitted to the Appellate Court or that it

2

Is available to be reviewed by Appellant. Appellant should not be required to submit his initial Brief in the Appeal so that Appellant might review the Record in order to make reference to the Record in his writing of his initial Appeal Brief. Appellant cannot refer to the Record until he has the Record on Appeal before him.

4. Appellant has requested, but has not yet received, the Transcript of the Evidentiary Hearing being appealed. Appellant needs the Transcript in order to write his initial Brief.

5. Appellant has made a showing of good cause for requesting an Extension of Time or Enlargement of Time to file his initial Brief, as set forth in paragraphs 2, 3 and 4 of this motion. Appellant's Verification under penalty of perjury Accompanies this Motion.

WHEREFORE Apellant Pro Se Joseph Benjamin Taplin respectfully prays that this Honorable Court grant his Motion for Extension of time to file Appellant's Initial Brief to a later date and time within the discretion of the Court and that the Court grant such other and further relief as the Court deems equitable, appropriate and just.

## **VERIFICATION**

I, Joseph Benjamin Taplin, Appellant Pro Se in the above entitled action hereby affirms under penalty of perjury, that I have read the foregoing Motion for Extension of Time to file Appellant's Initial Brief and that the facts contained therein are true and correct.

Verified and executed by me this 18th day of January, 2019.

_____
Joseph Benjamin Taplin, Appellant Pro Se

405 Shadetree Lane
Lawrenceville, GA 30044

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Appellant's Motion and Application For an Extension of Time to file Appellant's Initial Brief has been furnished to the following:

>Lisa F. Caplan, Esq.
>Rubin Lublin, L.L.C.
>Attorneys for Appellee
>3145 Avalon Ridge Place
>Suite 100
>Peachtree Corners, GA 30071

And to

>Melissa J. Davey, Trustee
>260 Peachtree Street, NW
>Suite 200 Atlanta, GA 30303

This 18th day of January, 2019.

_____
Joseph Benjamin Taplin, Appellant Pro Se

4