

**IT IS ORDERED as set forth below:**

**Date: January 25, 2019**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NUMBER: |
| **JOSEPH BENJAMIN TAPLIN**, | **18-66451-PMB** |
| Debtor. | CHAPTER 13 |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR BROUGHAM FUND TRUST**, | |
| Movant, | CONTESTED MATTER |
| v. | |
| **JOSEPH BENJAMIN TAPLIN, Debtor BERNADETTE TAPLIN, Co-Debtor, MELISSA J. DAVEY, Trustee,** | |
| Respondents. | |

**ORDER DENYING DEBTOR'S MOTION AND APPLICATION FOR
<u>AN EXTENSION OF TIME TO FILE INITIAL BRIEF IN DISTRICT COURT ACTION</u>**

On January 18, 2019, the Debtor referenced above (the "Debtor") filed with the Court his *Motion and Application for an Extension of Time to File Appellant's Initial Brief* (the "Motion")(Docket No. 55).  In the Motion, the Debtor asks this Court to grant an extension of time to file his initial brief in an appeal to the United States District Court for the Northern District of Georgia (the "District Court"), Case No. 1:19-CV-00052-WMR (*See* Docket No. 42)(the "District Court Action").

Pursuant to Federal Rule of Bankruptcy Procedure 8011(a)(1), "[a] document required or permitted to be filed in a district court or BAP must be filed with the clerk of that court."  Here, the Debtor requests in the Motion an extension of time for filing a pleading in the District Court Action.  Accordingly, such a request must be brought in the District Court.  *See* Fed.R.Bankr.P. 8013(a)(1) ("A request for an order or other relief is made by filing a motion with the district or BAP clerk, with proof of service on the other parties to the appeal.").

Based upon the foregoing, the Motion is hereby **DENIED** without prejudice to the Debtor's ability to seek such relief in the District Court.

The Clerk is directed to serve copies of this Order upon the Debtor, the Movant, counsel for the Movant, the Chapter 13 Trustee, the United States Trustee, and any other parties served with the Motion.

**[END OF DOCUMENT]**